IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORRIS RHYANES | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | : : | NO. 13-1192 |

## ORDER

AND NOW, this 22nd day of April, 2014, upon consideration of the Brief in Support of Plaintiff's Motion for Summary Judgment and defendant's Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

## ORDERED

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter.

3. Judgment is entered in favor of plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

/s/ John R. Padova
JOHN R. PADOVA, J.